# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 13-1401-DMG (SSx)** | Date | October 4, 2019 |

Title  *Norman Manookian v. Republic of Turkey, et al.*

---

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On September 9, 2019, the Court ordered Plaintiff to file a status report by September 24, 2019. [Doc. # 24.] To date, a status report has not been filed. Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE in writing within ten court days from the date of this Order why this action should not be dismissed for lack of prosecution ("OSC"). This OSC may be discharged upon the timely filing of a status report or a stipulation of dismissal. Failure to timely comply with this OSC shall result in the dismissal of this action for lack of prosecution.

IT IS SO ORDERED.